## Exhibit A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CTN Holdings, Inc., | Case No. 25-10603 (____) |
| Debtor. | |
| Employer Tax I.D. No. 47-5059122 | **Related Docket No. ___** |

| | |
|---|---|
| In re: | Chapter 11 |
| CTN SPV Holdings, LLC, | Case No. 25-10604 (_____) |
| Debtor. | |
| Employer Tax I.D. No. 33-2458689 | **Related Docket No. ___** |

| | |
|---|---|
| In re: | Chapter 11 |
| Catona Climate Solutions, LLC, | Case No. 25-10605 (_____) |
| Debtor. | |
| Employer Tax I.D. No. 86-1853375 | **Related Docket No. ___** |

| | |
|---|---|
| In re: | Chapter 11 |
| Make Earth Green Again, LLC, | Case No. 25-10607 (_____) |
| Debtor. | |
| Employer Tax I.D. No. 85-1794441 | **Related Docket No. ___** |

| | |
|---|---|
| In re: | Chapter 11 |
| Aspiration QFZ, LLC, | Case No. 25-10609 (_____) |
| Debtor. | |
| Employer Tax I.D. No. 87-4301532 | **Related Docket No. ___** |

| In re: | Chapter 11 |
|---|---|
| Zero Carbon Holdings, LLC, | Case No. 25-10611 (____) |
| Debtor. | |
| Employer Tax I.D. No. 84-2561679 | **Related Docket No. ___** |
| In re: | Chapter 11 |
| Aspiration Fund Adviser, LLC, | Case No. 25-10613 (____) |
| Debtor. | |
| Employer Tax I.D. No. 35-2504214 | **Related Docket No. ___** |

## ORDER AUTHORIZING JOINT ADMINISTRATION
## OF THE DEBTORS' CHAPTER 11 CASES

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order") directing the joint administration of these Cases and the consolidation thereof for procedural purposes only; and upon the First Day Declaration; and this Court having found that it has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334; and this Court having found that the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b), and that the Debtors consent to entry of a final order under Article III of the United States Constitution; and this Court having found that venue of these Cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion and the First Day Declaration establish just cause for the relief granted herein; and any objections to the relief requested in the Motion having been withdrawn or

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

overruled on the merits; and after due deliberation thereon and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.    The Motion is GRANTED as set forth herein.

2.    The above-captioned Cases shall be jointly administered by the Court and consolidated for procedural purposes only under the case of CTN Holdings, Inc., Case No. 25-10603 (___).

3.    The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CTN HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 25-10603 (___)<br>(Jointly Administered) |

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are CTN Holdings, Inc. (9122), CTN SPV Holdings, LLC (8689), Make Earth Green Again, LLC (4441), Aspiration QFZ, LLC (1532), Aspiration Fund Adviser, LLC (4214), Catona Climate Solutions, LLC (3375) and Zero Carbon Holdings, LLC (1679). The mailing address for the Debtors is 548 Market Street, PMB 72015, San Francisco, CA 94101-5401.

4.    The foregoing consolidated caption satisfies the requirements of section 342(c)(1) of the Bankruptcy Code.

5.    A docket entry shall be made in each of the above-captioned cases substantially as follows:

An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration of the chapter 11 cases of the following entities: CTN Holdings, Inc.; CTN SPV Holdings, LLC; Catona Climate Solutions, LLC; Make Earth Green Again, LLC; Aspiration QFZ, LLC; Zero Carbon Holdings, LLC; and Aspiration Fund Adviser,

LLC. The Debtors' mailing address is 548 Market Street, PMB 72015, San Francisco, CA 94101-5401. **The docket in the chapter 11 case of CTN Holdings, Inc., Case No. 25-10603 (___), should be consulted for all matters affecting these Chapter 11 Cases**.

6.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise affecting a substantive consolidation of the Debtors or the Debtors' estates, and this Order shall be without prejudice to the rights of the Debtors or any other party in interest to seek or oppose substantive consolidation of the Debtors' estates.

7.      The Debtors are authorized and empowered to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8.      Notwithstanding the applicability of any Rule, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.